THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BUCHLER et al., Appellants, *v.* THE SPECIAL TERM, PART 3, OF THE SUPREME COURT et al., Respondents.

*People ex rel. Buchler* v. *Special Term, Part 3, Supreme Court,* 137 App. Div. 765, appeal dismissed.
(Argued May 31, 1910; decided June 7, 1910.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1910, which denied a motion for an alternative writ of prohibition to restrain certain proceedings for the revocation of a liquor tax certificate.

The motion was made upon the ground that the order was not appealable to the Court of Appeals.

*Robert J. Fish* for motion.

*Frederick Durgan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.